IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Martin Ainbinder,<br><br>    Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, a Delaware limited liability company;<br>Bank of America, N.A., a national association; and<br>Chase Bank USA, N.A., a foreign national association.<br><br>    Defendants. | Case No.: 2:16-cv-01712-JWS<br><br>Hon. John W. Sedwick<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CHASE BANK USA, N.A. AND BANK OF AMERICA, N.A.** |

The stipulation at docket 73 to dismiss with prejudice, each party bearing its own costs and fees, as to defendants Chase Bank USA and Bank of America NA is approved.  All claims against the other defendants have been previously dismissed.  Accordingly, the Clerk will please close this case.

DATED this 22nd day of December 2016.

/s/  JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT